UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ERIC A. KNAPP, On behalf of himself
and all others similarly situated,

Plaintiff,

v.                                                             CASE NO. 6:24-cv-00413

VGW HOLDINGS LIMITED, VGW
MALTA LIMITED, VGW LUCKYLAND INC.,
VGW GP LIMITED, FIDELITY NATIONAL
INFORMATION SERVICES, INC., a Florida
Corporation, and WORLDPAY, INC., a Delaware
Corporation,

Defendants.
_____/

### NOTICE OF LEAD COUNSEL DESIGNATION

Defendants VGW Holdings Ltd. ("VGW Holdings"), VGW Malta Ltd. ("VGW Malta"), VGW Luckyland, Inc. ("VGW Luckyland"), and VGW GP Ltd. ("VGW GP"), specially appear while preserving all defenses and give notice that T. Todd Pittenger, Esquire, of the law firm of GrayRobinson, P.A., is designated as lead counsel of record for the VGW Defendants in the above-styled cause of action.

Dated: February 28, 2024                Respectfully submitted,

/s/ *T. Todd Pittenger*
T. Todd Pittenger – Lead Counsel
Florida Bar No. 768936
todd.pittenger@gray-robinson.com
Kelly J. H. Garcia
Florida Bar No. 0694851

kelly.garcia@gray-robinson.com
GRAYROBINSON, P.A.
301 East Pine Street, Suite 1400
Orlando, Florida 32801
(407) 843-8880 Tel/(407) 244-5690 Facsimile
*Counsel for Defendants VGW Malta Ltd. and*
*VGW Luckyland, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February 2024, I electronically filed the foregoing with the Clerk of the Court by using the CMECF system. I also HEREBY CERTIFY a copy of the foregoing was served by e-mail to Plaintiff's counsel: Dennis Wells, Webb & Wells, P.A., P.O. Box 915432, Longwood, FL 32779, denniswells2@icloud.com.

/s/ *T. Todd Pittenger*
T. Todd Pittenger, Esq.
GrayRobinson, P.A.

2