CLOSED,DISTOUT,MEDIATION

# U.S. District Court
# Middle District of Florida (Orlando)
# CIVIL DOCKET FOR CASE #: 6:24–cv–00413–CEM–DCI

| | |
|---|---|
| Knapp v. VGW Holdings Limited et al | Date Filed: 02/28/2024 |
| Assigned to: Judge Carlos E. Mendoza | Date Terminated: 02/07/2025 |
| Referred to: Magistrate Judge Daniel C. Irick | Jury Demand: Plaintiff |
| Case in other court: Seminole County, 2023CA004075 | Nature of Suit: 190 Contract: Other |
| Cause: 28:1332 Diversity–Notice of Removal | Jurisdiction: Diversity |

**Plaintiff**

**Eric A Knapp**  
*on behalf of himself and all other Florida citizens similarly situated*

represented by **Dennis F. Wells**
Webb & Wells, P.A.
P.O. Box 915432
Longwood, FL 32779
407–865–5600
Email: denniswells2@icloud.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**VGW Holdings Limited**

represented by **Thomas Todd Pittenger**
GrayRobinson, PA
301 E Pine St Ste 1400
Orlando, FL 32801
407/843–8880
Fax: 407/244–5690
Email: todd.pittenger@gray–robinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Behnam Dayanim**
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Ave, NW
Washington, DC 20037
202–339–8400
Email: bdayanim@orrick.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory D. Beaman**
Orrick Herrington & Suttcliffe LLP
51 West 52nd Street
New York, NY 10019
212–506–5019
Email: gbeaman@orrick.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelly J. H. Garcia**
GrayRobinson, PA
301 E Pine St Ste 1400
Orlando, FL 32801
407/843–8880
Fax: 407/244–5690
Email: kelly.garcia@gray–robinson.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**VGW Malta Limited** represented by **Thomas Todd Pittenger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Behnam Dayanim**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory D. Beaman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelly J. H. Garcia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**VGW Luckyland Inc** represented by **Thomas Todd Pittenger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Behnam Dayanim**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory D. Beaman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelly J. H. Garcia**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**VGW GP Limited** represented by **Thomas Todd Pittenger**
(See above for address)

          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Behnam Dayanim**
          (See above for address)
          *PRO HAC VICE*
          *ATTORNEY TO BE NOTICED*

          **Gregory D. Beaman**
          (See above for address)
          *PRO HAC VICE*
          *ATTORNEY TO BE NOTICED*

          **Kelly J. H. Garcia**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

**Defendant**

**Fidelity National Information Services, Inc.**    represented by   **Ian M. Ross**
*a Florida corporation*                                                              Sidley Austin LLP
                                                                                 1001 Brickell Bay Drive
                                                                                 Suite 900
                                                                                  33131
                                                                                 Miami, FL 33131
                                                                                  305−391−5218
                                                                                  Email: iross@sidley.com
                                                                                  *LEAD ATTORNEY*
                                                                                  *ATTORNEY TO BE NOTICED*

          **Kyle Tanzer**
          Sidley Austin LLP
          1001 Brickell Bay Drive
          Suite 900
          Miami, FL 33131
          305−391−5217
          Email: ktanzer@sidley.com
          *ATTORNEY TO BE NOTICED*

**Defendant**

**Worldpay, Inc.**    represented by   **Ian M. Ross**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Kyle Tanzer**
          (See above for address)
          *ATTORNEY TO BE NOTICED*

**Defendant**

**Worldpay, LLC**    represented by   **Ian M. Ross**
*a Delaware Limited Liability Company*    (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Kyle Tanzer**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2024 | Ï 1 | COMPLAINT and NOTICE OF REMOVAL from the 8th Judicial Circuit, Seminole County, case number 2023CA004075 filed in State Court on 12/01/2023. Filing fee $405, receipt number AFLMDC−21817115 filed by All Defendants. (Attachments: # 1 Affidavit in support of removal, # 2 State Court COMPLAINT, # 3 State Court Docket Sheet, # 4 State Court Other Documents, # 5 Civil Cover Sheet)(Pittenger, Thomas) (Entered: 02/28/2024) |
| 02/28/2024 | Ï 2 | NOTICE of a related action per Local Rule 1.07(c) by VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited. Related case(s): Yes (Pittenger, Thomas) (Entered: 02/28/2024) |
| 02/28/2024 | Ï 3 | CERTIFICATE of interested persons and corporate disclosure statement by VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited identifying Corporate Parent VGW Holdings Limited for VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited. (Pittenger, Thomas) (Entered: 02/28/2024) |
| 02/28/2024 | Ï 4 | NOTICE of Lead Counsel Designation by Thomas Todd Pittenger on behalf of VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited. Lead Counsel: Todd Pittenger. (Pittenger, Thomas) (Entered: 02/28/2024) |
| 02/29/2024 | Ï 5 | NEW CASE ASSIGNED to Judge Carlos E. Mendoza and Magistrate Judge Daniel C. Irick. New case number: 6:24−cv−413−CEM−DCI. (RLK) (Entered: 02/29/2024) |
| 02/29/2024 | Ï 6 | **INITIAL ORDER re: Case Management and Deadlines. Signed by Judge Carlos E. Mendoza on 2/29/2024. (MEH)** (Entered: 02/29/2024) |
| 02/29/2024 | Ï 7 | **NOTICE TO COUNSEL AND PARTIES: Failure to comply with ANY Local Rules or Court Orders may result in the imposition of sanctions including, but not limited to, the dismissal of this action or entry of default without further notice. Signed by Judge Carlos E. Mendoza on 2/29/2024. (MEH)** (Entered: 02/29/2024) |
| 02/29/2024 | Ï 8 | **NOTICE TO COUNSEL AND PARTIES: The Orlando Division of the Middle District of Florida is currently operating in a Judicial Emergency due to a judicial vacancy and the number of cases in the division. Accordingly, civil cases, and especially newly filed civil cases, will be the Court's lowest priority unless emergency issues are presented. Counsel and the parties are encouraged to consider consenting to the Magistrate Judge for the entire case or disposition of any dispositive motions in order to have their case considered on a more timely basis. Signed by Judge Carlos E. Mendoza on 2/29/2024. (MEH)** (Entered: 02/29/2024) |
| 03/01/2024 | Ï 9 | Unopposed MOTION for Extension of Time to File Answer re 1 Notice of Removal by VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited. (Pittenger, Thomas) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 03/01/2024) |
| 03/01/2024 | Ï 10 | CERTIFICATE of interested persons and corporate disclosure statement re 6 Order by VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited identifying Corporate Parent VGW Holdings Limited for VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited. (Pittenger, Thomas) (Entered: 03/01/2024) |
| 03/01/2024 | Ï 11 | NOTICE of a related action *[Responsive to Doc. 6]* per Local Rule 1.07(c) by VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited. Related case(s): Yes |

| | | |
|---|---|---|
| | | (Pittenger, Thomas) (Entered: 03/01/2024) |
| 03/04/2024 | 12 | **ENDORSED ORDER denying 9 Unopposed Motion for Extension of Time. Good cause was not stated for a 60–day extension; the possibility of an unfiled motion is not good cause to extend the Court's deadlines. Signed by Magistrate Judge Daniel C. Irick on 3/4/2024. (Irick, Daniel)** (Entered: 03/04/2024) |
| 03/04/2024 | 13 | Unopposed MOTION for Extension of Time to File Answer re 1 Notice of Removal by VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited. (Pittenger, Thomas) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 03/04/2024) |
| 03/05/2024 | 14 | **ENDORSED ORDER granting 13 Unopposed Second Motion for Extension of Time. The VGW Defendants must respond to the Complaint by 3/29/2024. Signed by Magistrate Judge Daniel C. Irick on 3/5/2024. (Irick, Daniel)** (Entered: 03/05/2024) |
| 03/08/2024 | 15 | **ORDER ON DISCOVERY MOTIONS. Signed by Magistrate Judge Daniel C. Irick on 1/2/2020. (TNP)** (Entered: 03/08/2024) |
| 03/11/2024 | 16 | CERTIFICATE of interested persons and corporate disclosure statement re 6 Order By Court To Disclose Interested Persons by Eric A Knapp. (Wells, Dennis) Modified on 3/12/2024 to edit text (ELM). (Entered: 03/11/2024) |
| 03/11/2024 | 17 | NOTICE of a related action per Local Rule 1.07(c) by Eric A Knapp. Related case(s): Yes (Wells, Dennis) Modified on 3/12/2024 to edit text (ELM). (Entered: 03/11/2024) |
| 03/29/2024 | 18 | MOTION to Remand to State Court by Eric A Knapp. (Attachments: # 1 Exhibit A – Not Dismissal – Doe – Fla, # 2 Exhibit B – Declaration – Eric Knapp, # 3 Exhibit C – Not Dismissal – Doe – Ga, # 4 Exhibit D – 1974 statute)(Wells, Dennis) Modified on 4/1/2024 (JTM). (Additional attachment(s) added on 4/2/2024: # 5 Exhibit A) (JTM). (Entered: 03/29/2024) |
| 03/29/2024 | 19 | Unopposed MOTION for Gregory D. Beaman to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–21927233 for $150 by VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited. (Pittenger, Thomas) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 03/29/2024) |
| 03/29/2024 | 20 | Unopposed MOTION for Behnam Dayanim to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC–21927317 for $150 by VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited. (Pittenger, Thomas) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 03/29/2024) |
| 03/29/2024 | 21 | MOTION to Dismiss Complaint and Motion to Transfer in Part and Otherwise Dismiss Company as to the VGW Defendants by VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited. (Attachments: # 1 Affidavit M. Thunder with Exhibits, # 2 Affidavit)(Pittenger, Thomas) . Added MOTION to Change Venue / Transfer Case on 4/1/2024 (ARL). (Entered: 03/29/2024) |
| 04/03/2024 | 22 | **ENDORSED ORDER granting 19 Motion to Appear Pro Hac Vice; granting 20 Motion to Appear Pro Hac Vice. Gregory D. Beaman and Behnam Dayanim are granted special admission to practice in the Middle District for purposes of this action pursuant to Local Rule 2.01(c), provided counsel shall register for and use the electronic filing system as adopted by the Court. Signed by Magistrate Judge Daniel C. Irick on 4/3/2024. (Irick, Daniel)** (Entered: 04/03/2024) |
| 04/08/2024 | 23 | Unopposed MOTION for Extension of Time to File (1) VGW Defendants Response to Plaintiff's Motion to Remand (ECF Doc. 18) and (2) Plaintiff's Response to VGW Defendants Motion to Transfer and Dismiss (ECF Doc. 21) by VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited. (Pittenger, Thomas) (Entered: 04/08/2024) |

| | | |
|---|---|---|
| 04/08/2024 | 24 | CASE MANAGEMENT REPORT. (Pittenger, Thomas) (Entered: 04/08/2024) |
| 04/09/2024 | 25 | Unopposed MOTION for Extension of Time to File Answer re 1 Notice of Removal by Worldpay, Inc.. (Ross, Ian) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 04/09/2024) |
| 04/09/2024 | 26 | Unopposed MOTION for Extension of Time to File Answer re 1 Notice of Removal by Fidelity National Information Services, Inc.. (Ross, Ian) Motions referred to Magistrate Judge Daniel C. Irick. (Entered: 04/09/2024) |
| 04/10/2024 | 27 | **ENDORSED ORDER granting 23 Joint Motion for Extension of Time to File Responses to Pending Motions. On or before 4/19/2024, the VGW Defendants must respond to the 18 Motion to Remand and Plaintiff must respond to the 21 Motion to Transfer and Otherwise Dismiss. Signed by Magistrate Judge Daniel C. Irick on 4/10/2024. (Irick, Daniel)** (Entered: 04/10/2024) |
| 04/10/2024 | 28 | **ENDORSED ORDER granting 25 Unopposed Motion for Extension of Time. Worldpay must respond to the Complaint by 5/1/2024. Signed by Magistrate Judge Daniel C. Irick on 4/10/2024. (Irick, Daniel)** (Entered: 04/10/2024) |
| 04/10/2024 | 29 | **ENDORSED ORDER granting 26 Unopposed Motion for Extension of Time. Fidelity National Information Services must respond to the Complaint by 5/1/2024. Signed by Magistrate Judge Daniel C. Irick on 4/10/2024. (Irick, Daniel)** (Entered: 04/10/2024) |
| 04/19/2024 | 30 | RESPONSE in Opposition re 18 MOTION to Remand to State Court VGW Defendants' Opposition to Plaintiff's Motion to Remand filed by VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Pittenger, Thomas) Modified on 4/22/2024 (JTM). (Entered: 04/19/2024) |
| 04/19/2024 | 31 | DECLARATION of Michael Thunder by VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited. (Pittenger, Thomas) (Entered: 04/19/2024) |
| 04/19/2024 | 32 | RESPONSE in Opposition re 18 MOTION to Remand to State Court filed by Fidelity National Information Services, Inc. (Attachments: # 1 Exhibit Declaration of Gwynne Booth)(Ross, Ian). (Entered: 04/19/2024) |
| 04/19/2024 | 33 | RESPONSE in Opposition re 21 MOTION to Dismiss Complaint Motion to Transfer in Part and Otherwise Dismiss Company as to the VGW Defendants MOTION to Change Venue / Transfer Case Response To Motion To Dismiss – Transfer Venue filed by Eric A Knapp. (Attachments: # 1 Exhibit VGW Holdings Financial Statement, # 2 Exhibit VGW Holdings website, # 3 Exhibit Knapp – Declaration, # 4 Exhibit Delaware Gaming Enforcement – Declaration)(Wells, Dennis). (Entered: 04/19/2024) |
| 04/23/2024 | 34 | **CASE MANAGEMENT AND SCHEDULING ORDER: Amended Pleadings due by 6/22/2024 Joinder of Parties due by 6/22/2024 Discovery due by 4/4/2025 Dispositive motions due by 5/6/2025 Pretrial statement due by 9/8/2025 All other motions due by 9/8/2025 Plaintiff disclosure of expert report due by 2/4/2025 Defendant disclosure of expert report due by 3/6/2025 Trial Status Conference set for 9/18/2025 at 10:00 AM in Orlando Courtroom 5B before Judge Carlos E. Mendoza Jury Trial set for the October 2025 trial term in Orlando Courtroom 5B before Judge Carlos E. Mendoza. Conduct mediation hearing by 4/18/2025. Lead counsel to coordinate dates. Signed by Judge Carlos E. Mendoza on 4/23/2024. (MEH)** (Entered: 04/23/2024) |
| 04/23/2024 | 35 | **ORDER directing the parties to confer, and then advise the Court, on the selection of a mediator, on or before May 7, 2024. Signed by Judge Carlos E. Mendoza on 4/23/2024. (MEH)** (Entered: 04/23/2024) |
| 04/24/2024 | 36 | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Leave to File Other Document: Reply to Plaintiff's 33 Response to VGW's 21 Motion to Dismiss/Transfer by VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited. (Pittenger, Thomas) Modified docket text on 4/24/2024 (JOS). (Entered: 04/24/2024) |
| 05/01/2024 | 37 | MOTION to Dismiss for Failure to State a Claim by Fidelity National Information Services, Inc.. (Ross, Ian) (Entered: 05/01/2024) |
| 05/01/2024 | 38 | MOTION to Dismiss for Lack of Jurisdiction by Worldpay, Inc.. (Attachments: # 1 Exhibit 1)(Ross, Ian) (Entered: 05/01/2024) |
| 05/02/2024 | 39 | **ENDORSED ORDER granting 36 Defendants' Unopposed Motion for Leave to Reply. On or before May 15, 2024, Defendants may file a Reply to 33 Plaintiff's Response that does not exceed five pages. Signed by Judge Carlos E. Mendoza on 5/2/2024. (RRM)** (Entered: 05/02/2024) |
| 05/02/2024 | 40 | NOTICE of Lead Counsel Designation by Ian M. Ross on behalf of Fidelity National Information Services, Inc., Worldpay, Inc.. Lead Counsel: Ian M. Ross. (Ross, Ian) (Entered: 05/02/2024) |
| 05/02/2024 | 41 | NOTICE of a related action per Local Rule 1.07(c) by Fidelity National Information Services, Inc., Worldpay, Inc. Related case(s): Yes (Ross, Ian) Modified to edit docket text on 5/3/2024 (EVK). (Entered: 05/02/2024) |
| 05/02/2024 | 42 | CERTIFICATE of interested persons and corporate disclosure statement by Fidelity National Information Services, Inc. (Ross, Ian) Modified to edit docket text on 5/3/2024 (EVK). (Entered: 05/02/2024) |
| 05/02/2024 | 43 | CERTIFICATE of interested persons and corporate disclosure statement by Worldpay, Inc. (Ross, Ian) Modified to edit docket text on 5/3/2024 (EVK). (Entered: 05/02/2024) |
| 05/02/2024 | 44 | NOTICE of Appearance by Kyle Tanzer on behalf of Fidelity National Information Services, Inc., Worldpay, Inc. (Tanzer, Kyle) (Entered: 05/02/2024) |
| 05/06/2024 | 45 | NOTICE OF SELECTION of Frederick J. Lauten, Jr. as mediator by Eric A Knapp. (Wells, Dennis) (Entered: 05/06/2024) |
| 05/14/2024 | 46 | REPLY to Response to Motion re 21 MOTION to Dismiss Complaint *Motion to Transfer in Part and Otherwise Dismiss Company as to the VGW Defendants* MOTION to Change Venue / Transfer Case filed by VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited. (Pittenger, Thomas) (Entered: 05/14/2024) |
| 05/15/2024 | 47 | RESPONSE in Opposition re 37 MOTION to Dismiss for Failure to State a Claim filed by Eric A Knapp. (Wells, Dennis) Modified on 5/16/2024 to edit docket text (AJS). (Entered: 05/15/2024) |
| 05/15/2024 | 48 | RESPONSE in Opposition re 38 MOTION to Dismiss for Lack of Jurisdiction filed by Eric A Knapp. (Attachments: # 1 Exhibit Copy of Affidavit of Service, # 2 Exhibit Worldpay – website info, # 3 Exhibit Worldpay – website info, # 4 Exhibit Worldpay – website info, # 5 Exhibit Worldpay – Youtube info)(Wells, Dennis) Modified on 5/16/2024 to edit docket text (AJS). (Entered: 05/15/2024) |
| 06/13/2024 | 49 | Unopposed MOTION for Leave to File Other Document :Reply In Support of its Motion to Dismiss the Complaint by Fidelity National Information Services, Inc. (Ross, Ian) Modified on 6/14/2024 (CTR). (Entered: 06/13/2024) |
| 06/13/2024 | 50 | Unopposed MOTION for Leave to File Other Document :Reply In Support of its Motion to Dismiss the Complaint by Worldpay, Inc. (Attachments: # 1 Exhibit A)(Ross, Ian) Modified on 6/14/2024 (CTR). (Entered: 06/13/2024) |

| | | |
|---|---|---|
| 06/22/2024 | 51 | MOTION to Amend *Complaint* by Eric A Knapp. (Attachments: # 1 Exhibit Proposed Amended Complaint)(Wells, Dennis) (Entered: 06/22/2024) |
| 06/28/2024 | 52 | **ENDORSED ORDER granting 49 Defendant Fidelity National Information Services, Inc.'s Unopposed Motion for Leave to File Reply and 50 Defendant Worldpay, Inc.'s Unopposed Motion for Leave to File Reply. On or before July 8, 2024, Defendants Fidelity National Information Services, Inc. and Worldpay, Inc. may file replies of five or fewer pages to 47 and 48 Plaintiff's Responses, respectively. Signed by Judge Carlos E. Mendoza on 6/28/2024. (RRM)** (Entered: 06/28/2024) |
| 07/08/2024 | 53 | RESPONSE in Opposition re 51 MOTION to Amend *Complaint* filed by Worldpay, Inc.. (Ross, Ian) (Entered: 07/08/2024) |
| 07/08/2024 | 54 | REPLY MEMORANDUM in support re 38 Motion to Dismiss / Lack of Jurisdiction, 52 Order on Motion for Leave to File Document filed by Worldpay, Inc.. (Ross, Ian) Modified text on 7/9/2024 (LSS). (Entered: 07/08/2024) |
| 07/08/2024 | 55 | RESPONSE in Opposition re 51 MOTION to Amend *Complaint* filed by Fidelity National Information Services, Inc.. (Ross, Ian) (Entered: 07/08/2024) |
| 07/08/2024 | 56 | REPLY MEMORANDUM in support re 52 Order on Motion for Leave to File Document, 37 Motion to Dismiss for Failure to State a Claim filed by Fidelity National Information Services, Inc.. (Ross, Ian) Modified text on 7/9/2024 (LSS). (Entered: 07/08/2024) |
| 08/19/2024 | 57 | **ORDER granting 51 Motion to Amend. On or before August 26, 2024, Plaintiff shall file the Amended Complaint. Signed by Magistrate Judge Daniel C. Irick on 8/19/2024. (TNP)** (Entered: 08/19/2024) |
| 08/25/2024 | 58 | AMENDED COMPLAINT against All Defendants with Jury Demand. filed by Eric A Knapp.(Wells, Dennis) (Entered: 08/25/2024) |
| 09/05/2024 | 59 | Unopposed MOTION for Extension of Time to File Answer re 58 Amended Complaint by Fidelity National Information Services, Inc., Worldpay, Inc. (Ross, Ian) Motions referred to Magistrate Judge Daniel C. Irick. Modified text on 9/5/2024 (KME). (Entered: 09/05/2024) |
| 09/05/2024 | 60 | **ENDORSED ORDER granting 59 Unopposed Motion for Extension of Time. Fidelity National Information Services, Inc. and Worldpay, Inc. must respond to the Amended Complaint by 9/19/2024. Signed by Magistrate Judge Daniel C. Irick on 9/5/2024. (Irick, Daniel)** (Entered: 09/05/2024) |
| 09/09/2024 | 61 | MOTION to Change Venue / Transfer Case *in part*, MOTION to Dismiss Amended Complaint by VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited. (Attachments: # 1 Affidavit of M. Thunder, # 2 Affidavit of A. Cremona)(Pittenger, Thomas) (Entered: 09/09/2024) |
| 09/10/2024 | 62 | Unopposed MOTION to File Excess Pages by Fidelity National Information Services, Inc., Worldpay, LLC. (Ross, Ian) (Entered: 09/10/2024) |
| 09/11/2024 | 63 | **ENDORSED ORDER granting 62 Unopposed Motion for Leave to File Combined Motion. On or before September 19, 2024, Defendants Fidelity National Information Services, Inc. and Worldpay, LLC may file a Combined Motion to Dismiss that does not exceed thirty-five pages. Signed by Judge Carlos E. Mendoza on 9/11/2024. (RRM)** (Entered: 09/11/2024) |
| 09/18/2024 | 64 | **ENDORSED ORDER denying as moot 21 VGW Defendants' Motion to Transfer in Part and Otherwise Dismiss Complaint and 37 Defendant Fidelity National Information Services' Motion to Dismiss in light of the 58 Amended Complaint. Signed by Judge Carlos E. Mendoza on 9/18/2024. (RRM)** (Entered: 09/18/2024) |

| | | |
|---|---|---|
| 09/19/2024 | 65 | MOTION to Change Venue / Transfer Case *and Dismiss the Amended Complaint* by Fidelity National Information Services, Inc., Worldpay, LLC. (Ross, Ian) (Entered: 09/19/2024) |
| 09/19/2024 | 66 | MOTION to Dismiss Plaintiff's Amended Complaint by Worldpay, Inc. (Ross, Ian) (Entered: 09/19/2024) |
| 09/23/2024 | 67 | RESPONSE in Opposition re 61 MOTION to Change Venue / Transfer Case *in part* MOTION to Dismiss Amended Complaint filed by Eric A Knapp. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Wells, Dennis) (Entered: 09/23/2024) |
| 09/30/2024 | 68 | Unopposed MOTION for Leave to File Reply re 67 by VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited. (Pittenger, Thomas) Modified docket text on 10/1/2024 (EVK). (Entered: 09/30/2024) |
| 10/01/2024 | 69 | RESPONSE in Opposition re 65 MOTION to Change Venue / Transfer Case *and Dismiss the Amended Complaint Filed By FIS* filed by Eric A Knapp. (Wells, Dennis) (Entered: 10/01/2024) |
| 10/02/2024 | 70 | **ENDORSED ORDER granting 68 VGW Group Defendants' Unopposed Motion for Leave to Reply. On or before October 15, 2024, the VGW Group Defendants may file a reply of seven or fewer pages. Signed by Judge Carlos E. Mendoza on 10/2/2024. (RRM)** (Entered: 10/02/2024) |
| 10/03/2024 | 71 | RESPONSE in Opposition re 66 MOTION to Dismiss Plaintiff's Amended Complaint *Filed By Worldpay, Inc.* filed by Eric A Knapp. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Wells, Dennis) (Entered: 10/03/2024) |
| 10/11/2024 | 72 | Unopposed MOTION for Leave to File Reply in Support of their Motion to Dismiss the Amended Complaint by Fidelity National Information Services, Inc., Worldpay, LLC. (Ross, Ian) (Entered: 10/11/2024) |
| 10/11/2024 | 73 | Unopposed MOTION for Leave to File Reply *In Support of its Motion to Dismiss the Amended Complaint* by Worldpay, Inc. (Ross, Ian) Modified docket text on 10/15/2024 (EVK). (Entered: 10/11/2024) |
| 10/14/2024 | 74 | REPLY to Response to Motion re 61 MOTION to Change Venue / Transfer Case *in part* MOTION to Dismiss Amended Complaint filed by VGW GP Limited, VGW Holdings Limited, VGW Luckyland Inc, VGW Malta Limited. (Pittenger, Thomas) (Entered: 10/14/2024) |
| 10/21/2024 | 75 | **ENDORSED ORDER granting 72 Defendants Fidelity National Information Services, Inc. and Worldpay, LLC's Unopposed Motion for Leave to Reply. On or before October 28, 2024, Defendants Fidelity National Information Services, Inc. and Worldpay, LLC may file a reply of seven or fewer pages. Signed by Judge Carlos E. Mendoza on 10/21/2024. (RRM)** (Entered: 10/21/2024) |
| 10/21/2024 | 76 | **ENDORSED ORDER granting 73 Defendant Worldpay, Inc.'s Unopposed Motion for Leave to Reply. On or before October 28, 2024, Defendant Worldpay, Inc. may file a reply of seven or fewer pages. Signed by Judge Carlos E. Mendoza on 10/21/2024. (RRM)** (Entered: 10/21/2024) |
| 10/28/2024 | 77 | REPLY to Response to Motion re 72 Unopposed MOTION for Leave to File Reply in Support of their Motion to Dismiss the Amended Complaint filed by Fidelity National Information Services, Inc., Worldpay, LLC. (Ross, Ian) (Entered: 10/28/2024) |
| 10/28/2024 | 78 | REPLY to Response to Motion re 66 MOTION to Dismiss Plaintiff's Amended Complaint filed by Worldpay, Inc. (Ross, Ian) Modified text on 10/29/2024 (GL). (Entered: 10/28/2024) |
| 10/28/2024 | 79 | DISCLOSURE STATEMENT under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03 by Worldpay, LLC. (Ross, Ian) (Entered: 10/28/2024) |

| | | |
|---|---|---|
| 11/25/2024 | 80 | **ENDORSED ORDER denying as moot 38 Defendant Worldpay, Inc.'s Motion to Dismiss in light of the 58 Amended Complaint and 66 Defendant Worldpay, Inc.'s Motion to Dismiss. Signed by Judge Carlos E. Mendoza on 11/25/2024. (RRM)** (Entered: 11/25/2024) |
| 02/06/2025 | 81 | **It is ORDERED and ADJUDGED that Plaintiff's Motion to Remand (Doc. 18) is DENIED. Worldpay, Inc.'s Motion to Dismiss (Doc. 66) is GRANTED. The claims asserted against Worldpay, Inc. are DISMISSED without prejudice. The VGW Defendants' Motion to Transfer, in part, and Otherwise Dismiss (Doc. 61) is GRANTED. FIS and Worldpay, LLC's Joint Motion to Transfer and Dismiss (Doc.65) is GRANTED. The claims asserted against VGW Malta Limited and VGW GP Limited are DISMISSED without prejudice. The Clerk is DIRECTED to transfer the claims against VGW Holdings Limited, VGW Luckyland Inc, Fidelity Information Services, Inc., and Worldpay, LLC to the United States District Court for the District of Delaware for all further proceedings and to close this file. Signed by Judge Carlos E. Mendoza on 2/6/2025. (ALL)** (Entered: 02/06/2025) |
| 02/07/2025 | 82 | CASE ELECTRONICALLY TRANSFERRED to the District of Delaware. (RPB) (Entered: 02/07/2025) |