IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. KNAPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-147-CFC |
| | ) |
| VGW HOLDINGS LIMITED, | ) |
| VGW LUCKYLAND, INC., | ) |
| FIDELITY NATIONAL | ) |
| INFORMATION SERVICES, INC., | ) |
| WORLDPAY, INC. and WORLDPAY, | ) |
| LLC, | ) |
| | ) |
| Defendants. | ) |

**POST-TRANSFER STATUS REPORT PURSUANT TO L.R. 81.2**

Pursuant to L.R. 81.2, Plaintiff Eric Knapp[1] and Defendants VGW Holdings Ltd., VGW Luckyland, Inc., Fidelity National Information Services, Inc., and Worldpay, LLC (collectively, "Defendants"), by and through counsel, hereby state that there are no pending matters that require judicial action by this Court. However, Defendants wish to bring the following matters to this Court's attention:

---

[1] Defendants have conferred with Plaintiff's counsel, who does not object to the filing of this status report. Plaintiff's counsel has not signed this status report because he has yet to associate with Delaware counsel, the deadline for which is March 10, 2025. D.I. 84.

1.  On February 14, 2025, Plaintiff filed in the Middle District of Florida a motion for reconsideration or leave to appeal that court's transfer order. Defendants are filing their opposition to that motion in the Florida federal court today. Defendants oppose reconsideration of the transfer order, including on the ground that the Florida federal court lacks jurisdiction to revisit the transfer order because the action was transferred to this Court before Plaintiff moved for reconsideration. *See Roofing & Sheet Metal Services, Inc. v. La Quinta Motor Inns, Inc.*, 689 F.2d 982, 988 n.10 (11th Cir. 1982) ("When the files in a case are physically transferred to the transferee district, the transferor court loses all jurisdiction of the case.").

2.  Before this action was transferred to this Court, each of the Defendants filed a motion to dismiss Plaintiff's amended complaint in the alternative to transfer (*see* D.I. 61 at 20-24; D.I. 65 at 16-34), which the Middle District of Florida did not address because it transferred the action to this Court (D.I. 81 at 26). Defendants intend to meet and confer with Plaintiff once he obtains Delaware counsel and either stipulate or move for leave from the Court to submit revised motions to dismiss that conform to this District's Local Rules and this Court's Standing Order Regarding Briefing in All Cases.

|  | Respectfully submitted, |
|---|---|
| */s/ Gillian L. Andrews* | */s/ Andrew E. Russell* |
| Jamie L. Brown (No. 5551) | Karen E. Keller (No. 4489) |
| Gillian L. Andrews (No. 5719) | Andrew E. Russell (No. 5382) |
| HEYMAN ENERIO GATTUSO & HIRZEL LLP | SHAW KELLER LLP |
| 300 Delaware Avenue, Suite 200 | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 472-7300 | Wilmington, DE 19801 |
| jbrown@hegh.law | (302) 298-0700 |
| gandrews@hegh.law | kkeller@shawkeller.com |
|  | arussell@shawkeller.com |
| *Attorneys for Fidelity National Information Services, Inc. and Worldpay, LLC* | *Attorneys for VGW Holdings Limited and VGW Luckyland, Inc.* |

Dated: February 28, 2025

3