IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. KNAPP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-147-CFC |
| | ) |
| VGW HOLDINGS LIMITED, | ) |
| VGW LUCKYLAND, INC., | ) |
| FIDELITY NATIONAL | ) |
| INFORMATION SERVICES, INC., | ) |
| WORLDPAY, INC. and | ) |
| WORLDPAY, LLC, | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR RENEWED MOTIONS TO DISMISS AND STAYING DISCOVERY PENDING RULING ON RENEWED MOTIONS TO DISMISS**

WHEREAS, this action was transferred to this Court on February 7, 2025, from the United States District Court for the Middle District of Florida (D.I. 83);

WHEREAS, Plaintiff Eric A. Knapp filed a motion for reconsideration of the transfer order, which the Middle District of Florida denied on March 12, 2025;

WHEREAS, before this action was transferred to this Court, each of Defendants VGW Holdings Ltd., VGW Luckyland, Inc., Fidelity National Information Services, Inc., and Worldpay, LLC (collectively, "Defendants") filed a motion to dismiss Plaintiff's amended complaint in the alternative to transfer (D.I.

1

61 at 20-24; D.I. 65 at 16-34), which the Middle District of Florida did not address because it transferred the action (D.I. 81 at 26);

WHEREAS, Defendants request leave to file renewed motions to dismiss with briefing that conforms to the Court's Local Rules and the Standing Order Regarding Briefing in All Cases (D.I. 85); and

WHEREAS, the parties have conferred and agreed on a briefing schedule for Defendants' renewed motions to dismiss, as well as to stay discovery pending the Court's ruling on Defendants' renewed motions to dismiss.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, that:

1. Defendants' previously filed motions to dismiss (D.I. 61 at 20-24; D.I. 65 at 16-34) are hereby withdrawn without prejudice, in light of Defendants' intent to file renewed motions to dismiss that conform to this Court's requirements;

2. Defendants' renewed motions to dismiss shall be briefed on the following schedule:

　　a. Defendants' renewed motions to dismiss and opening briefs shall be due 60 days after this Court enters an order approving this stipulation;

　　b. Plaintiff's responses to the renewed motions shall be due 30 days after Defendants' motions and opening briefs are filed; and

2

      c. Defendants' replies shall be due 21 days after Plaintiff's oppositions are filed.

3. All other deadlines are hereby stayed, and none of the parties shall be obligated to respond to any discovery requests, until 30 days after the resolution of Defendants' renewed motions to dismiss.

<u>/s/ Donald L. Gouge, Jr.</u>
Donald L. Gouge, Jr. (No. 2234)
DONALD L. GOUGE, JR. LLC
800 N. King Street, Suite 303
Wilmington, DE 19801
(302) 658-1800, Ext. 1
dgouge@gougelaw.com
*Attorneys for Plaintiff Eric Knapp*

<u>/s/ Andrew E. Russell</u>
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
*Attorneys for VGW Holdings Ltd. and VGW Luckyland, Inc.*

<u>/s/ Jamie L. Brown</u>
Jamie L. Brown (No. 5551)
Gillian L. Andrews (No. 5719)
HEYMAN ENERIO GATTUSO & HIRZEL LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
jbrown@hegh.law
gandrews@hegh.law
*Attorneys for Fidelity National Information Services, Inc. and Worldpay, LLC*

Dated: April 9, 2025

IT IS SO ORDERED on this _____ day of April 2025.

_____
United States District Court Judge