IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. KNAPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 25-147-CFC |
| ) | |
| VGW HOLDINGS LIMITED, ) | |
| VGW LUCKYLAND, INC., ) | |
| FIDELITY NATIONAL ) | |
| INFORMATION SERVICES, INC., ) | |
| WORLDPAY, INC. and ) | |
| WORLDPAY, LLC, ) | |
| ) | |
| Defendants. ) | |

## **VGW DEFENDANTS' MOTION TO DISMISS**

Defendants VGW Holdings Ltd. and VGW Luckyland, Inc. (together, "VGW"),[1] move to dismiss the Amended Complaint (D.I. 58) for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). This motion should be granted for the reasons set forth in VGW's accompanying memorandum of law.

---

[1] Defendants VGW Malta Ltd. and VGW GP Ltd. were dismissed from this action pursuant to the mandatory Malta forum selection clauses in their terms of service contracts with Plaintiff, on February 6, 2025. D.I. 81. at 27.

1

|  |  |
|---|---|
| OF COUNSEL:<br>Behnam Dayanim<br>ORRICK, HERRINGTON<br> & SUTCLIFFE LLP<br>2100 Pennsylvania Avenue NW<br>Washington, D.C. 20037<br>(202) 339-8400<br><br>Gregory Beaman<br>ORRICK, HERRINGTON<br> & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY 10019-6142<br>(212) 506-5000<br><br>Sarah Shyy<br>ORRICK, HERRINGTON<br> & SUTCLIFFE LLP<br>2050 Main Street<br>Suite 1100<br>Irvine, CA 92614-8255<br>(949) 567-6700<br><br>Emma Roche<br>ORRICK, HERRINGTON<br> & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1015<br>(650) 614-7400<br><br>Dated: June 9, 2025 | */s/ Virginia K. Lynch*<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Virginia K. Lynch (No. 7423)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>glynch@shawkeller.com<br>*Attorneys for VGW Holdings Limited and VGW Luckyland, Inc.* |