IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. KNAPP,<br><br>                Plaintiff,<br><br>        v.<br><br>VGW HOLDINGS LIMITED, VGW MALTA LIMITED, VGW LUCKYLAND INC, VGW GP LIMITED, FIDELITY NATIONAL INFORMATION SERVICES, INC., WORLDPAY, INC. and WORLDPLAY, LLC,<br><br>                Defendants. | C.A. No. 25-147-CFC |

**PLAINTIFF'S RESPONSE TO
VGW DEFENDANTS'
MOTION TO DISMISS THE AMENDED COMPLAINT**

Plaintiff ERIC A. KNAPP hereby responds to the Motion to Dismiss The Amended Complaint (D.I. 58) filed by Defendants VGW HOLDINGS Ltd.. and VGW Luckyland, Inc. (together "VGW"). (D.I. 100). Plaintiff states that VGW's Motion to Dismiss should be denied for the reasons outlined in Plaintiff's accompanying memorandum of law.

DONALD L. GOUGE, JR., LLC

/s/ Donald L. Gouge, Jr. #2234
DONALD L. GOUGE, JR. (DSB #2234)
800 N. King Street, Suite 303
Wilmington, DE 19801
Phone: (302) 658-1800, Ext. 1
Fax: (302) 225-3634
Email: dgouge@gougelaw.com