IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. KNAPP, <br><br> Plaintiff, <br><br> v. <br><br> VGW HOLDINGS LIMITED, VGW MALTA LIMITED, VGW LUCKYLAND INC, VGW GP LIMITED, FIDELITY NATIONAL INFORMATION SERVICES, INC., WORLDPAY, INC. and WORLDPLAY, LLC, <br><br> Defendants. | C.A. No. 25-147-CFC |

**PLAINTIFF'S RESPONSE TO**
**FIDELITY NATIONAL INFORMATION SERVICES, INC'S AND WORLDPAY, LLC'S**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

Plaintiff Eric. A. Knapp hereby responds to the Motion to Dismiss The Amended Complaint (D.I. 58) filed by Defendants Fidelity National Information Services, Inc. and Wordlpay, LLC. (D.I. 103). Plaintiff states that Defendants' Motion to Dismiss should be for the reasons outlined in Plaintiff's accompanying memorandum of law.

In further response, Plaintiff states that Delaware law should not be applied regarding the allegations of the Amended Complaint and that based on Supreme Court of Delaware decisions this case should be transferred back to the Middle District of Florida. Additionally, Florida law should be applied when analyzing the Florida causes of action in the Amended Complaint and that Defendants' claim of the affirmative defense of "voluntary payment" should be denied or dismissed. Plaintiff has sufficiently stated justiciable claims in the Amended Complaint to allow for this case to proceed.

                        DONALD L. GOUGE, JR., LLC

                        */s/ Donald L. Gouge, Jr. #2234*
                        DONALD L. GOUGE, JR. (DSB #2234)
                        800 N. King Street, Suite 303
                        Wilmington, DE 19801
                        Phone: (302) 658-1800, Ext. 1
                        Fax: (302) 225-3634
                        Email: dgouge@gougelaw.com