# EXHIBIT "A"

competent authority, and any directives or other binding instruments which may be issued by the Authority in accordance with the provisions of this Act or any other regulatory instrument, may be published in the English language only.

54. Articles 1713 and 1716 of the Civil Code shall not apply with respect to a game lawfully provided in terms of this Act or any other regulatory instrument and, or any game which is provided by an operator lawfully authorised by or under this Act. <span style="float:right">Inapplicability of certain provisions. Cap. 16.</span>

55. Notwithstanding any other law, including the Data Protection Act, the Authority may, for the purpose of carrying out its functions under this Act or any other regulatory instrument, retain any information, including personal information, for such period of time as it may in its discretion deem necessary, or indefinitely as the case may be. <span style="float:right">Retention of information. Cap. 586.</span>

56. Any claim of whatsoever nature brought against the Authority shall be filed within two years from when the interested person knew or could have become aware of the act which gave rise to the claim, whichever is earlier: <span style="float:right">Peremptory period.</span>

Provided that for the sake of clarity such period shall be a peremptory period and shall not be subject to suspension, interruption, or any other extension of such period.

56A. Notwithstanding any provision of the Code of Organization and Civil Procedure or of any other law, as a principle of public policy: <span style="float:right">*Added by:* XXI.2023.2. Cap. 12.</span>

   (a)  no action shall lie against a licence holder and, or current and, or former officers and, or key persons of a licence holder for matters relating to the provision of a gaming service, or against a player for the receipt of such gaming service, if such action:

      (i)  conflicts with or undermines the legality of the provision of gaming services in or from Malta by virtue of a licence issued by the Authority, or the legality of any legal or natural obligation resulting from the provision of such gaming services; and

      (ii)  relates to an authorised activity which is lawful in terms of the Act and other applicable regulatory instruments; and

   (b)  The Court shall refuse recognition and, or enforcement in Malta of any foreign judgment and, or decision given upon an action of the type mentioned in sub-article (a).