# EXHIBIT "B"



**PRESIDENT**

**John Formella**
New Hampshire
Attorney General

**PRESIDENT-ELECT**

**William Tong**
Connecticut
Attorney General

**VICE PRESIDENT**

**Marty Jackley**
South Dakota
Attorney General

**IMMEDIATE PAST PRESIDENT**

**Letitia A. James**
New York
Attorney General


**Brian Kane**
Executive Director


1850 M Street NW
12th Floor
Washington, DC 20036
(202) 326-6000
www.naag.org

August 5, 2025

The Honorable Pamela Bondi
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530

<u>Submitted via email</u>

Dear Attorney General Bondi:

We, the undersigned State Attorneys General, write to request assistance from the United States Department of Justice ("USDOJ") to address the rampant spread of illegal offshore gaming operations across the United States. Our States have heard reports concerning growth in the illicit offshore gambling markets that could be harming our citizens. While we as States do all we can to protect our citizens, such unlawful enterprises undermine the rule of law, threaten consumer protection, and deprive our States of significant tax revenues and economic benefits. We seek the USDOJ's cooperation in ensuring these companies are brought to justice to the fullest extent available under state and federal law, both criminal and civil, for any potential violations.

## Background of Illegal Offshore Gaming

Illegal online sports betting and gaming operations—largely run by massive, foreign-based companies— reportedly pervade our jurisdictions. These offshore entities routinely operate without proper licensure, offer limited or non-existent consumer protections, fail to verify user age, ignore state boundaries, and evade taxation obligations potentially to both the Internal Revenue Service and our States.

These unlawful platforms expose residents—particularly young people and vulnerable adults—to fraudulent schemes and highly addictive gambling without any oversight or accountability. Moreover, these

operations undercut state-regulated markets and have been linked to money laundering, human trafficking, and other nefarious conduct.

Recent estimates show that the volume of illegal online gaming exceeds more than $400 billion annually, leading to more than $4 billion in lost tax revenue for state governments.[1] Despite these staggering figures, enforcement has been scarce, only emboldening these illegal operators.

### A Path Forward: Joint USDOJ and AG Enforcement of Federal Law

Since 2013, USDOJ enforcement actions against illegal offshore gambling sites have been extremely limited. We seek USDOJ's cooperation and coordination to deploy robust legal tools to curb these unlawful enterprises. For instance, under the Unlawful Internet Gambling Enforcement Act, USDOJ can pursue injunctive relief to block access to illegal websites and payment processing mechanisms. *See* 31 U.S.C. § 5365(b). Additionally, under 18 U.S.C. § 1955(d), USDOJ has the authority to seize assets—including servers, domains, and proceeds—that illegal gambling operations use. Because the websites owned by unlawful offshore operations violate federal law, USDOJ can and should seize the websites and domain names of operators and retain any proceeds recovered as part of the seizure.

USDOJ has used its authority to seize online assets in analogous cases. On "Black Friday" in 2011, it seized websites, servers, and domain names of companies that sold counterfeit products.[2] In April 2024, the USDOJ successfully seized domains connected to a Russian cybercrime network engaged in large-scale identity theft and fraud.[3] Those same mechanisms can and should be applied to illegal offshore gaming platforms.

Furthermore, the USDOJ and our offices should work in partnership with major payment processors to implement a national enforcement and compliance strategy to cut off access to the U.S. financial system. Both Visa and Mastercard have already signaled their willingness to investigate and address unlawful use of their networks for gambling transactions.[4] We should capitalize on this willingness to shut down illegal offshore gaming operations.

---

[1] *Sizing the Illegal and Unregulated Gaming Markets in the United States*, Am. Gaming Ass'n (Nov. 2022), https://perma.cc/FPA8-7ADB.
[2] Press Release, U.S. Dep't of Just., Federal Courts Order Seizure of 150 Website Domains Involved in Selling Counterfeit Goods as Part of DOJ, ICE HSI and FBI Cyber Monday Crackdown (Nov. 28, 2011), https://perma.cc/UR9S-Z2YR.
[3] Press Release, U.S. Secret Service, Justice Department Seizes Four Web Domains Used to Create Over 40,000 Spoofed Websites and Store the Personal Information of More Than a Million Victims (Apr. 4, 2018), https://perma.cc/NCD8-5B8N.
[4] *Mastercard and Visa Pledge Vigilance Following Gambling Investigation*, PYMNTS (Mar. 10, 2025), https://perma.cc/AS3X-ATJH.

**Request for Cooperation**

We strongly encourage USDOJ to prioritize enforcement against illegal offshore gaming operations. In its FY24 appropriations directive, Congress emphasized the importance of this issue.5 Under your leadership, we urge the USDOJ to coordinate with our offices to:

- Pursue injunctive relief and website seizures under federal law;
- Seize assets and domain names of illegal offshore gaming operators; and
- Coordinate with financial institutions to block unlawful transactions and dismantle the financial infrastructure supporting these enterprises.

We stand ready to collaborate with the USDOJ to protect our residents and uphold the laws of our country and of our States.

Sincerely,

Mike Hilgers
Nebraska Attorney General

William Tong
Connecticut Attorney General

Andrea Joy Campbell
Massachusetts Attorney General

Derek Brown
Utah Attorney General

Steve Marshall
Alabama Attorney General

Treg R. Taylor
Alaska Attorney General

Gwen Tauiliili–Langkilde
American Samoa Attorney General

Kris Mayes
Arizona Attorney General

Tim Griffin
Arkansas Attorney General

Rob Bonta
California Attorney General

Phil Weiser
Colorado Attorney General

Kathleen Jennings
Delaware Attorney General

Brian Schwalb
District of Columbia Attorney General

James Uthmeier
Florida Attorney General

Christopher M. Carr
Georgia Attorney General

Anne E. Lopez
Hawaii Attorney General

Raúl Labrador
Idaho Attorney General

Kwame Raoul
Illinois Attorney General


Todd Rokita
Indiana Attorney General



Brenna Bird
Iowa Attorney General



Kris Kobach
Kansas Attorney General



Liz Murrill
Louisiana Attorney General

Aaron M. Frey
Maine Attorney General



Anthony G. Brown
Maryland Attorney General

Dana Nessel
Michigan Attorney General

Keith Ellison
Minnesota Attorney General

Lynn Fitch
Mississippi Attorney General



Andrew Bailey
Missouri Attorney General



Aaron D. Ford
Nevada Attorney General



John M. Formella
New Hampshire Attorney General

Matthew J. Platkin
New Jersey Attorney General



Raúl Torrez
New Mexico Attorney General

Letitia James
New York Attorney General



Jeff Jackson
North Carolina Attorney General

Drew H. Wrigley
North Dakota Attorney General



Edward Manibusan
Northern Mariana Islands Attorney General

Dave Yost
Ohio Attorney General



Gentner Drummond
Oklahoma Attorney General

Dan Rayfield
Oregon Attorney General

Dave Sunday
Pennsylvania Attorney General

Peter F. Neronha
Rhode Island Attorney General

Alan Wilson
South Carolina Attorney General

Marty Jackley
South Dakota Attorney General

Jonathan Skrmetti
Tennessee Attorney General

Gordon C. Rhea
U.S. Virgin Islands Attorney General

Charity Clark
Vermont Attorney General

Jason S. Miyares
Virginia Attorney General

Nick Brown
Washington Attorney General

John "JB" McCuskey
West Virginia Attorney General

Keith Kautz
Wyoming Attorney General

