# EXHIBIT "C"






HOME   BRANDS   GAME STUDIOS   CAREERS   LATEST NEWS   ABOUT

## Latest News

**Community**
Championing Inclusion in Tech: VGW Returns as Gold Sponsors at DDD...

**Latest News**
VGW Signs Landmark Partnership with California Tribal Group

**Media Release**
Statement from VGW Founder and CEO Laurence Escalante

**Latest News**
VGW Shareholders Approve Acquisition of VGW by Lance East Office

Home > Latest News > Media Releases > VGW Signs Landmark Partnership with California Tribal Group

**Latest News, Media Release, Media Releases**

# VGW Signs Landmark Partnership with California Tribal Group

Share on:

August 19, 2025

**PERTH, AUS** – VGW, a leading operator of free-to-play online social games, is pleased to announce that it has entered into an agreement with the Kletsel Dehe Wintun Nation of the Cortina Rancheria tribe, a federally recognized Indian tribe, in the State of California.

The conditional agreement involves the Kletsel Economic Development Authority (KEDA) – the tribe's economic development arm – and VGW partnering to operate free-to-play online social games platforms (including associated sweepstakes promotions) in California.

This historic partnership for VGW forms part of the company's commitment to both support communities, and engage with stakeholders, where it operates, which has been an increasing focus in recent years as the company has scaled. VGW is committed to being a responsible corporate citizen, and going above and beyond to set the gold standard for our industry, including leading age verification checks, consumer protections, responsible social gameplay, and financial crime compliance.

VGW, both directly and via the Social Gaming Leadership Alliance, has been increasingly engaging with stakeholders in California following the introduction of AB 831, a rushed and seriously flawed bill which seeks to criminalise online social games that leverage sweepstakes promotions.

The 'gut and amend' process in which this Bill was introduced has left no time for proper consultation and could have major implications for suppliers and local Californian businesses.

As the SGLA announced yesterday, research shows the "social casinos with sweepstakes industry generates more than $1bln in combined direct and indirect benefit to California annually," and there are "additional opportunities to capture increased economic value … via regulation".

In a letter to the California Senate Appropriations Committee opposing AB 831, KEDA Chief Executive Officer Eric Wright said: "This bill lacks unanimous support among California tribes, has advanced without meaningful consultation with many of us, and threatens our inherent right to create legitimate revenue streams to support our people."

"For tribes like ours—far from high-traffic tourism corridors—geography has always limited traditional economic development. Large, well-established gaming tribes already benefit from these geographic advantages and decades of success. It is self-serving for them to advocate for policies that restrict emerging digital commerce opportunities for others, effectively holding smaller and less-advantaged tribes' hostage to their location.

"Eliminating lawful, regulated digital opportunities will deepen these disparities, reduce self-sufficiency, and undermine the State's commitment to economic justice for all tribes. We urge the Committee to reject AB 831 and work toward legislation that expands—not restricts—opportunity for every tribal nation."

Laurence Escalante, the Founder and CEO of VGW, said: "We are delighted to enter into this partnership with KEDA and look forward to working together to ensure economic opportunities well into the future.

"We've operated in North America for more than a decade, creating not only great games, user experiences and entertainment but ensuring this is done safely, responsibly and at the highest level of standards – in line with our core value of 'we do what's right'.

"But we acknowledge that as our business and innovative industry has grown, external interest in what we do has increased, including how we support and engage in the communities where we operate. We take corporate social responsibility seriously and are thrilled to have found a tribal partner like KEDA.

"We also welcome KEDA's opposition to AB 831. As we've previously said, our focus is on respectful engagement with legislators and calling for the establishment of modern, appropriate regulatory structures that can benefit players and states alike – not rushed, flawed legislation with unintended consequences being pushed by parties with clear vested interests like AB 831."

**Media Contact**

Michael Bennet
Head of External Affairs, VGW
M: +61 412 555 309.
E: michael.bennet@vgw.co

## Latest News



**Community**
Championing Inclusion in Tech: VGW Returns as Gold Sponsors at DDD Perth 2025



**Media Release**
Statement from VGW Founder and CEO Laurence Escalante



**Latest News**
VGW Shareholders Approve Acquisition of VGW by Lance East Office



Follow us on

| Brands | Game Studios | Careers | Latest News | About |
|---|---|---|---|---|
| Chumba Casino | Golden Feather Studios | Jobs | Community | Company |
| LuckyLand Slots | | Locations | Life at VGW | Values & Standards |
| Global Poker | | Departments | Media Releases | Community |
| | | Benefits | Technology | FAQs |
| | | | | Partnerships |
| | | | | Contact Us |

Your Privacy Choices   Privacy Policy   Terms and Conditions   Legal

Copyright © 2025 VGW Holdings Limited. All rights reserved. VGW website is owned and operated by VGW Holdings Limited.