# EXHIBIT "D"

Technology

# Illegal Casinos, Sports Books Reap Most Online US Gaming Revenue

By Olivia Solon
April 10, 2025 at 8:00 AM GMT-3

✦ **Takeaways** Hide ⌃

- Illegal sports books and casinos took 74% of online gambling revenues in the US last year, outperforming licensed rivals through aggressive promotions and products.
- Yield Sec estimates there are about 10 unlicensed sports betting and online casino operators for every one that is regulated in the US, offering bigger bonuses and better odds without paying US taxes or going through licensing procedures.
- Online gross gaming revenue in the US was $90.1 billion in 2024, with $67.1 billion going to unlicensed players, an increase of 64% from the previous year.

*Summary by Bloomberg AI*

Illegal sports books and casinos took 74% of online gambling revenues in the US last year, outperforming licensed rivals through aggressive promotions and products, according to research from Yield Sec.

Online gross gaming revenue – customer bets minus winnings – in the US was $90.1 billion in 2024, $67.1 billion of which went to unlicensed players, according to the research, which was commissioned by the Campaign for Fairer Gambling. That's an increase of 64% from the previous year and more than double the $23 billion generated by operators in the regulated sector.

Yield Sec estimates there are about 10 unlicensed sports betting and online casino operators for every one that is regulated in the US. These companies don't pay US taxes or go through licensing procedures, helping them offer bigger bonuses and better odds. They are often designed to look similar to regulated sites and can easily be found through ads on social media platforms and search engines.

"38 states have legalized sports betting and 7 have online casinos, but illegal gambling operators have all those products in all the states all the

time," Yield Sec founder Ismail Vali said in an interview. "Illegal gambling wins."

Online gambling has expanded rapidly in the US since 2018, when the Supreme Court freed states to legalize sports betting. But just as companies like DraftKings Inc. and FanDuel-parent Flutter Entertainment Plc have taken advantage of the market opportunity, so too have unlicensed operators.

### Unlicensed Online Gambling Operators Dominate US Market
Gross gaming revenue, broken down by licensing status



Source: Yield Sec

In California, where there is no legal online gambling, Yield Sec documented $5.49 billion in gambling revenues. In New Jersey, where sports betting and online casino gaming are both legal, unlicensed operators still accounted for more than 40% of the $6.1 billion state gambling revenues estimated by Yield Sec.

Major sporting events such as the Olympics, Super Bowl and March Madness were key drivers of spend on unregulated gambling sites, particularly those offering audience-generated predictions, Vali said. Novelty bets like whether Taylor Swift would get engaged during the Super Bowl appeal to people who don't consider themselves gamblers, he added.

Campaign for Fairer Gambling founder Derek Webb has advocated for national regulation of sports betting and prediction markets. He called on the federal government to act against "rogue jurisdictions" such as Curacao and Malta for "allowing their licensees to illegally target American consumers." US states could force their licensees to withdraw from those jurisdictions as a licensing condition, Webb added.

Yield Sec monitors search traffic and visits to gambling sites and apps as well as interactions with and time spent on specific pages, including registration or payment pages, and combines it with data about bonuses and audience member type to estimate the value of gambling transactions. It has previously done research for the UK's Betting & Gaming Council and the European Casino Association.

Yield Sec's numbers for licensed sports betting and online casinos are broadly in line with those from the American Gaming Association, which reported $22.1 billion for those combined in 2024. The association last estimated revenue for unregulated sports and online betting operators to be $17.3 billion in 2022.

Contact us:
**Provide news feedback or report an error**

Site feedback:
**Take our Survey** ↗

Confidential tip?
**Send a tip to our reporters**

Before it's here, it's on the Bloomberg Terminal

©2025 Bloomberg L.P. All Rights Reserved.



About  News  States  Policy

Evidence  Contact

# New CFG/YieldSec analysis shows illegal gambling is bleeding the U.S.

April 10, 2025

7/3/25, 9:02 PM    New CFG/YieldSec analysis shows illegal gambling is bleeding the U.S. - The Campaign for Fairer Gambling

Case 1:25-cv-00147-CFC    Document 117-4    Filed 09/02/25    Page 6 of 10 PageID #: 528

- New Campaign for Fairer Gambling research, reported by Bloomberg, shows that illegal operators now control 74% of America's $90.1 billion online gambling market
- U.S. audiences looking for online gaming are exposed to illegal gambling content 88% of the time, across their online activity
- 2025 is a tipping point year – without action, illegal dominance will become entrenched

**Washington, D.C., April 10, 2025:** Illegal online gambling operators now control 74% of the $90.1 billion U.S. online gambling marketplace, according to a new report from data intelligence platform Yield Sec, commissioned by the Campaign for Fairer Gambling (CFG) and covered by Bloomberg. The report, USA National 2024, reveals that while legal online gambling revenues grew 36% last year, illegal revenues surged by 64% – nearly twice as fast.

The report reveals that 88% of U.S. online audiences are exposed to illegal gambling content, across platforms including search, social media, streaming, and apps. Despite the growth of legalized online sports betting and casino offerings in several states, illegal operators continue to outperform legal brands through price, product range, and aggressive promotions.

The report also reveals that illegal platforms don't just reach more people – they engage them and retain more of their money. With 88% of U.S. audiences looking for gambling being exposed to illegal gambling content, and affiliates promoting illegal operators outnumbering legal ones by six to one, consumer engagement with illegal online gambling is deep and sustained.

Major events like the Super Bowl, March Madness, Copa America, and the Olympics in 2024 acted as recruitment gateways, driving spikes in traffic and allowing illegal operators to cross-sell profitable casino products and

7/3/25, 9:02 PM New CFG/Yield Sec analysis shows illegal gambling is bleeding the U.S. - The Campaign for Fairer Gambling

Case 1:25-cv-00147-CFC   Document 117-4   Filed 09/02/25   Page 7 of 10 PageID #: 529

capture more of every consumer dollar. Product choice across illegals enhances their status to consumers as one-stop gambling shops: illegals feature all products in all states, including casino and popular predictor marketplaces which illegals have hijacked to feature events such as election and tariffs betting alongside sports and financials.

Derek Webb, founder of the Campaign for Fairer Gambling, comments:
*"US legalization of internet gambling without a gameplan to tackle the illegal sector has been an unmitigated disaster. In California, where online gambling is illegal, the total population loss per capita for 2024 is $141. In comparison with New Jersey, where online sports and casino gambling are legal, the illegal loss per capita on sports is $103 and on casino is $169, being a total of $272, nearly twice as much as in California. Any pundit, commentator, legislator, regulator, lawyer or lobbyist selling legalization alone as a cure for illegal online gambling should be ashamed."*

Ismail Vali, Founder and CEO of Yield Sec, added:
*"Let's not pin this on gambling regulators alone. Their job is to supervise the licensed industry, not to chase criminals who never applied for a license. Illegal gambling is everyone's problem – operators, law enforcement, media companies, social platforms, and governments all have a role to play.*
*At Yield Sec, we show every legal stakeholder how to identify, expose, and remove crime from the marketplace – because until that happens, it's your money that's being stolen. For America in 2025, it's time to kick crime out of online gambling."*

**Key findings in the Campaign for Fairer Gambling U.S.A National 2024 Report:**

- 917 illegal online gambling operators actively targeting U.S. users, compared to just 95 legal ones

7/3/25, 9:02 PM New CFG/Yield Sec analysis shows illegal gambling is bleeding the U.S. - The Campaign for Fairer Gambling

Case 1:25-cv-00147-CFC    Document 117-4    Filed 09/02/25    Page 8 of 10 PageID #: 530

- 668 affiliates promoting illegal online gambling operators, versus 106 promoting legal brands
- 88% of U.S. online audiences are exposed to illegal gambling content
- Illegal operators generated $67.1 billion in revenue in 2024, compared to $23 billion by legal operators
- Illegal gambling revenue grew by 64% year-on-year, nearly double the growth of the legal sector (36%)

Yield Sec warns that 2025 marks a tipping point in the U.S. online gambling marketplace, unless actions are taken now against crime. CFG is calling on legislators, regulators, and all industry leaders to work together to protect consumers, safeguard state revenues, and curb crime. It's time to stop the steal across American online gambling.

Download the press release here and the report here.

## Related News

Read More News

April 28, 2025

Policy

**CFG's Dr James**

April 10, 2025

**New CFG/Yield analysis**

February 26, 2025

**CFG supports nationwide**

Noyes calls for new UK Gambling Act in Westminster keynote speech

Read More →

New CFG/YieldSec analysis shows illegal gambling is bleeding the U.S.

Read More →

Campaign for Fairer Gambling urges sports betting prediction legalization – and a halt to state expansion

Read More →

Funded by
Derek Webb LLC (CA 202356017711)

Derek Webb LLC
8383 Wilshire Blvd Suite 800

Privacy Policy
Terms and Conditions

About
News
States
Policy
Evidence
Contact

7/3/25, 9:02 AM
New CEG/Yieldsec Analysis Shows Illegal Gambling Is Bleeding the U.S. - The Campaign for Fairer Gambling

Case 1:25-cv-00147-CFC    Document 117-4    Filed 09/02/25    Page 10 of 10 PageID #: 532

Beverly Hills CA 90211

X  in

©2025 The Campaign for Fairer Gambling