IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ERIC A. KNAPP, | |
| Plaintiff, | |
| v. | Civil Action No. 25-147-CFC |
| VGW HOLDINGS LIMITED, VGW LUCKYLAND, INC., FIDELITY NATIONAL INFORMATION SERVICES, INC., WORLDPAY, LLC, | |
| Defendants. | |

### ORDER

At Wilmington on this Ninth day of March in 2026, for the reasons set forth in the Memorandum Opinion issued on this day, it is HEREBY ORDERED that Defendants VGW Holdings Limited and VGW Luckyland, Inc.'s Motion to Dismiss (D.I. 100) is GRANTED.

_____
CHIEF JUDGE